# United States Bankruptcy Court
## of the
## Northern District Of Illinois
## Western Division

Trustee's Final Report

In Re:  VELORA J. JOHNSON  
1217 HALSTED ROAD  SSN-xxx-xx-0055  
ROCKFORD, IL  61103

Case Number: 07-70573

Case filed on: 3/15/2007  
Plan Confirmed on: 8/17/2007

C Converted to Chapter 7

Total funds received and disbursed pursuant to the plan: $1,125.00           Detail of Disbursements below:

| Claim # | Name of the Claimant | Claimed by the Creditor | Allowed by the Court | Principal Paid | Interest Paid |
|---|---|---|---|---|---|
| 000 | BALSLEY & DAHLBERG LLP | 3,000.00 | 3,000.00 | 585.88 | 0.00 |
|  | Total Legal | 3,000.00 | 3,000.00 | 585.88 | 0.00 |
| 999 | VELORA J. JOHNSON | 0.00 | 0.00 | 0.00 | 0.00 |
|  | Total Debtor Refund | 0.00 | 0.00 | 0.00 | 0.00 |
| 001 | ABN AMRO MORTGAGE GROUP | 0.00 | 0.00 | 0.00 | 0.00 |
|  | Total Secured | 0.00 | 0.00 | 0.00 | 0.00 |
| 002 | ECAST SETTLEMENT CORPORATION | 14,610.37 | 14,610.37 | 366.19 | 0.00 |
| 003 | ECAST SETTLEMENT CORPORATION | 906.97 | 906.97 | 22.73 | 0.00 |
| 004 | ECAST SETTLEMENT CORPORATION | 3,119.49 | 3,119.49 | 78.18 | 0.00 |
| 005 | ACCOUNTS RECEIVABLE MGMT. | 0.00 | 0.00 | 0.00 | 0.00 |
| 006 | CBCS | 0.00 | 0.00 | 0.00 | 0.00 |
|  | Total Unsecured | 18,636.83 | 18,636.83 | 467.10 | 0.00 |
|  | Grand Total: | 21,636.83 | 21,636.83 | 1,052.98 | 0.00 |

Total Paid Claimant:  $1,052.98  
Trustee Allowance:  $72.02  
Percent Paid Unsecured:  2.51

Wherefore, your petitioner prays that a final Decree be entered discharging the trustee and the trustee's surety from any and all liablility on account of the within proceedings, and closing the estate, and for such other relief as is just.  Pursuant to FRBP, I hereby certify that the subject case has been fully administered.

Report Dated:

/s/ Lydia S. Meyer  
Lydia S. Meyer, Trustee

This is to certify that a copy of this notice has been mailed to the debtor and the debtor's attorney.

Dated at Rockford, IL  on 12/28/2008           By  /s/Heather M. Fagan